# United States District Court
## Southern District of Georgia

ANTONIO LAMONT MURRAY,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV614-128

UNITED STATES OF AMERICA,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on January 19, 2016, the Report and Recommendation of this Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the 2255 motion is DENIED. This civil action stands CLOSED.

January 19, 2016
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*